STATE OF NEW JERSEY v. HECTOR TOYENTS.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS A. MCGREGOR.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY MCLEAN.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRYL MCNEAR.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOE WILLIAMS.

October 18, 1988.

Petition for certification denied.